## MARYLAND CASUALTY CO. v. SMITH

No. 79P95

Case below: 117 N.C.App. 593

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 April 1995.

## McFARLAND v. CROMER

No. 86P95

Case below: 117 N.C.App. 678

Petition by plaintiff (Janette McFarland, Pro Se) for discretionary review pursuant to G.S. 7A-31 denied 6 April. Petition by plaintiff (Janette McFarland, Pro Se) for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 6 April 1995.

## MEDFORD v. HAYWOOD COUNTY HOSPITAL

No. 40P95

Case below: 117 N.C.App. 463

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 6 April 1995.

## MUSE v. CHARTER HOSPITAL OF WINSTON-SALEM

No. 73A95

Case below: 117 N.C.App. 468

Petition by defendants for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 6 April 1995.

## NATIONWIDE MUTUAL INS. CO. v. ANDERSON

No. 100P95

Case below: 118 N.C.App. 92

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 April 1995.